CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ20-324 |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO REOPEN DETENTION HEARING |
| DEVINARE ANTWAN PARKER, | |
| Defendant. | Noted for: July 17, 2020 |

Devinare Parker, through counsel, moves to reopen the detention hearing in this case. At his detention hearing, he will argue for release on an appearance bond that imposes conditions including that he live with his mother and stepfather in Elgin, South Carolina.

Changed circumstances warrant reopening Mr. Parker's detention hearing. At his initial appearance, Mr. Parker stipulated to detention, counsel made no argument for release, and Mr. Parker was not interviewed by an officer from the Pretrial Services Office. Since that hearing, Mr. Parker and his mother have been interviewed by Pretrial Services Officer Jamie Halvorson and counsel has a release plan to submit to the Court.

He therefore moves for a hearing at which he may argue for release on an appearance bond with appropriate conditions.

I. **Procedural History**

On June 8, 2020, Mr. Parker was arrested and charged by Complaint with one count of unlawful possession of a destructive device in violation of 26 U.S.C.

MOTION TO REOPEN DETENTION HEARING
(*United States v. Parker*, MJ20-324) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

§§ 5861(d) and 5845(a)(8). Dkts. 7, 1. At his initial appearance and detention hearing that same day, Mr. Parker stipulated to detention and was ordered detained. Dkt. 8. The government subsequently moved to extend the indictment deadline, which this Court granted over the undersigned counsel's objection. *See* Dkts. 10, 12, 16. The time for seeking an indictment has been extended to August 31, 2020. Dkt. 18. To date, Mr. Parker remains in custody at FDC SeaTac.

## II.  Pretrial Services Investigation

Pretrial Services telephonically interviewed Mr. Parker on July 17, 2020, with counsel present. Defense counsel has also provided Pretrial Services with information necessary to verify Mr. Parker's proposed release plan.

## III.  Motion to Reopen Detention Hearing

The Bail Reform Act expressly contemplates the review and reassessment of release and detention decisions in light of new information. With respect to defendants who have been detained, the Act states:

> The hearing may be reopened, before or after a determination of the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue of whether there are conditions of release that will reasonable assure the appearance of such person as required and the safety of any other person and the community.

18 U.S.C. § 3142(f).

At the time of Mr. Parker's initial hearing, he stipulated to detention. Thus, no hearing was conducted. Mr. Parker was brought over to the federal courthouse by ATF agents late in the day, and no Pretrial Services interview was conducted. Almost no information was known about Mr. Parker at the time of his initial appearance and nothing was presented to the Court on the issue of detention or release.

Since that time, defense counsel has learned more information about Mr. Parker, his ties to the community, and his history and characteristics, and has developed a

MOTION TO REOPEN DETENTION HEARING
(*United States v. Parker*, MJ20-324) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

strong release plan. Mr. Parker consents to the hearing being conducted via videoconference. He understands that he will appear via video from the FDC, with counsel signing any appearance bond on his behalf.

A copy of this motion was provided to Assistant United States Attorney Erin Becker for review prior to filing. The government will argue that Mr. Parker should be detained. However, the government does not object to the detention hearing being reopened.

### IV.  Conclusion

Mr. Parker seeks an opportunity to be heard on the question of his custody status. He respectfully requests that the Court reopen his detention hearing so that he may argue for release on an appearance bond.

DATED this 17th day of July, 2020.

Respectfully submitted,

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Devinare Parker

MOTION TO REOPEN DETENTION HEARING
(*United States v. Parker*, MJ20-324) - 3

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100