MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ20-324 |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO REOPEN DETENTION HEARING |
| DEVINARE ANTWAN PARKER, | |
| Defendant. | (PROPOSED) |

THE COURT has considered the unopposed motion to reopen the detention hearing and all the records in this case. The Court finds that changed circumstances warrant reopening the detention hearing.

IT IS ORDERED that Mr. Parker's unopposed motion to reopen the detention hearing is GRANTED.

IT IS FURTHER ORDERED that a detention hearing will be held via WebEx videoconference on _____, 2020.

DATED this ____ day of July, 2020.

_____
BRIAN A. TSUCHIDA
CHIEF U.S. MAGISTRATE JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Devinare Parker

ORDER TO REOPEN DETENTION HEARING
(*United States v. Parker*, MJ20-324) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100